JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEWIS G. RISHAR, | ) Case No. CV 11-8197-R (DTB) |
|         Petitioner, | ) |
|    vs. | ) J U D G M E N T |
| WARDEN CASH, | ) |
|         Respondent. | ) |

    In accordance with the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction filed herein,

    IT IS HEREBY ADJUDGED that this action is summarily dismissed with prejudice for lack of subject matter jurisdiction, pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED: October 24, 2011

                                     MANUEL REAL
                                     UNITES STATES DISTRICT JUDGE